**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6861**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE BURLEY,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CR-94-59, CA-97-186)

───────────

Submitted: August 23, 2001          Decided: September 5, 2001

───────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Willie Burley, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Burley appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking relief from an earlier district court order denying Burley's 28 U.S.C.A. § 2255 (West 2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Burley, Nos. CR-94-59; CA-97-186 (N.D.W. Va. May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2